1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STATE OF CALIFORNIA,

11              Plaintiff,                    No. 2:12-mc-00035 GEB KJN PS

12        v.

13   CHRISTOPHER JAMAR SUMMERS,

14              Defendant.              ORDER and FINDINGS AND
                                        RECOMMENDATIONS
15   _____/

16          On May 11, 2012, defendant removed this criminal case, which appears to be

17   numbered "CR 177710 A," from the California Superior Court for the County of Marin

18   ("Superior Court") to this federal court (see Dkt. No. 3 at 3).[1]  Plaintiff also filed an application

19   to proceed in forma pauperis that makes the showing required by 28 U.S.C. § 1915(a)(1).

20   Although the undersigned grants defendant's application to proceed in forma pauperis, the

21   undersigned recommends that this case be summarily remanded to the Superior Court.

22          Although very little is clear from plaintiff's initial filing, it is readily apparent that

23   defendant removed the criminal case to an inappropriate federal district court.  Pursuant to 28

24   U.S.C. § 1455(a), a defendant desiring to remove a criminal prosecution from a state court must

25   _____

26   [1] This action proceeds before this court pursuant to Eastern District of California Local Rule
     302(c)(21) and 28 U.S.C. § 636(b)(1).

                                                1

1   file his or her notice of removal "in the district court of the United States *for the district and*

2   *division within which such prosecution is pending*" (emphasis added).  Here, defendant is being

3   prosecuted in the Marin County Superior Court, and the U.S. District Court for the Eastern

4   District of California is not the district within which Marin County sits.  See E. Dist. Local

5   Rule 120 (identifying the counties that fall within the Eastern District of California).

6   Accordingly, the undersigned recommends that this case be summarily remanded to the Superior

7   Court.  See 28 U.S.C. § 1455(b)(4) ("If it clearly appears on the face of the notice and any

8   exhibits annexed thereto that removal should not be permitted, the court shall make an order for

9   summary remand.").

10           For the foregoing reasons, IT IS HEREBY ORDERED that defendant's

11   application to proceed in forma pauperis (Dkt. No. 2) be granted.

12           It is FURTHER RECOMMENDED that:

13           1.       This case be summarily remanded to the California Superior Court for the

14   County of Marin.

15           2.       The Clerk of Court be directed to close this case and vacate all dates.

16           These findings and recommendations are submitted to the United States District

17   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen

18   days after being served with these findings and recommendations, any party may file written

19   objections with the court and serve a copy on all parties.  Id.; see also E. Dist. Local Rule 304(b).

20   Such a document should be captioned "Objections to Magistrate Judge's Findings and

21   Recommendations."  Any response to the objections shall be filed with the court and served on

22   all parties within fourteen days after service of the objections.  E. Dist. Local Rule 304(d).

23   ////

24   ////

25   ////

26   ////

1   Failure to file objections within the specified time may waive the right to appeal the District

2   Court's order.  <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Martinez v. Ylst</u>, 951 F.2d

3   1153, 1156-57 (9th Cir. 1991).

4               IT IS SO ORDERED and RECOMMENDED.

5   DATED:  June 7, 2012

6

7

_____

8   KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26